1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALUDETTE SAINTJOY, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company; CAPITAL BRANDS, L.L.C., a California Limited Liability Company; CALL TO ACTION, L.L.C. a California Limited Liability Company; HOMELAND HOUSEWARES, L.L.C., a California Limited  Liability Company; NUTRILIVING, L.L.C. a California Limited  Liability Company<br>　　　　　Defendants. | Case No.: 2:19-cv-07121-DDP (GJSx)<br><br>District Judge: Hon. Dean D. Pregerson<br><br><br>**ORDER RE: STIPULATION OF DISMISSAL  [52]  [JS-6]** |

- 1 -

ORDER RE: STIPULATION OF DISMISSAL

1  Pursuant to the stipulation of the parties under Federal Rule of Civil
2  Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed
3  with prejudice as to all claims, causes of action, and parties, with each party
4  bearing that party's own attorney's fees and costs. The clerk is directed to close the
5  file.

7  Dated: NOVEMBER 4, 2024

_____
Judge Dean D. Pregerson
United States District Court Judge